FILED
U.S. DISTRICT COURT
SAVANNAH

2013 APR -2 AM 9: 12

CLERK_____
SO. DIS. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDNA ARMSTRONG, AS ATTORNEY IN FACT FOR THOMAS FLOOD, AND THOMAS FLOOD,<br><br>PLAINTIFFS,<br><br>v.<br><br>OCWEN MORTGAGE COMPANY; OCWEN LOAN SERVICING, LLC; OCWEN FINANCIAL CORPORATION; TAYLOR BEAN & WHITAKER MORTGAGE CORPORATION; AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>DEFENDANTS. | Civil Action File No.:<br>13-cv-00010-WTM-GRS |

## CONSENT ORDER STAYING PRE-TRIAL DEADLINES AND DISCOVERY

For the reasons set forth in Defendants' Motion to Stay Pre-Trial Deadlines and Discovery filed with this court on March 8, 2013[Dkt. 21], Plaintiffs and Defendants submit this Consent Order to Stay Pre-Trial Deadlines and Discovery until the court has ruled on the Defendants' outstanding Motion to Dismiss

1

Amended Complaint which was filed on February 22, 2013 [Dkt. 15] and is ripe for judgment before this court.

As both parties have conferred, discussed and agreed upon the following discovery schedule in the event that the court's ruling on the Defendants' Motion to Dismiss Amended Complaint does not result in a final disposition of the case the parties have agreed to a schedule as follows:

1. Discovery will commence on the date the Court enters an Order ruling on the Defendants' Motion to Dismiss Amended Complaint and will end six (6) months to the day after the date upon which discovery began.

2. Pursuant to the time frame established in Fed. R. Civ. P. 26(f) and LR 26.1(a) the parties shall confer 21 days following the entry of the Court's Order ruling on the Defendants' Motion to Dismiss Amended Complaint and submit to the Court a written report outlining the proposed discovery plan and conforming to the form referenced in LR 26.1(b) within 14 days following the Rule 26(f) conference. Both parties will submit their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(c) at that time.

3. Pursuant to the time frame outlined in Fed. R. Civ. P. 26(a)(2)(B), the Plaintiffs must then furnish the expert witness reports and provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) within 60 days after the Fed. R. Civ. P. 26(f) conference and Defendants must furnish the expert witness reports required by Fed. R. Civ. P. 26(a)(2)(B) and provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) within 90 days after the Fed. R. Civ. P. 26(f) conference.

4. All dispositive motions will be due no later than 30 days following the date upon which discovery closes.

5. Therefore, pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, discovery in this case shall be stayed until the Court rules on the pending Motion To Dismiss Amended Complaint.

SO ORDERED, this 2nd day of April, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Stipulated to and submitted by:**

/s/Stephen W. Brown  
Walter C. Hartridge  
Georgia Bar No. 334900  
Stephen W. Brown  
Georgia Bar No. 290672  
BOUHAN FALLIGANT, LLP  
PO Box 2139  
Savannah, Georgia 31402  
Phone: (912) 232-7000  
Fax: (912) 233-0811  
*Counsel for Plaintiffs*

/s/ Scott H. Michalove  
Scott H. Michalove  
Georgia Bar No. 504016  
BAKER, DONELSON, BEARMAN,  
CALDWELL & BERKOWITZ, PC  
Suite 1600, Monarch Plaza  
3414 Peachtree Rd. NE  
Atlanta, Georgia 30326  
Phone: 404-577-6000  
Fax: 404-238-9767  
*Counsel for Defendants*