IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDNA ARMSTRONG, as Attorney )
in Fact for Thomas Flood; )
THOMAS FLOOD, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV413-010
 )
OCWEN MORTGAGE COMPANY; )
OCWEN LOAN SERVICING COMPANY, )
LLC; OCWEN FINANCIAL )
CORPORATION; TAYLOR BEAN & )
WHITAKER MORTGAGE )
CORPORATION; and THE FEDERAL )
HOME LOAN MORTGAGE )
CORPORATION, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is Plaintiffs' First Amendment to the Verified Complaint. (Doc. 11.) Plaintiffs' Amended Verified Complaint seemingly attempts to replace various attachments to the original complaint. (Doc. 11 at 2.) Ostensibly, the Amended Verified Complaint also implicitly requests that the original state court complaint be incorporated by reference. However, the Court will not permit such a piecemealed pleading.

Accordingly, Plaintiffs shall have fourteen days from the date of this order to submit a second verified complaint. This filing and any subsequent filings by the

parties shall not incorporate by reference or adoption any prior docket entries. Any filing must be a stand-alone brief that independently contains all the factual allegations, arguments, and attachments that the filing party wishes the Court to consider. Normal responsive pleading and motion deadlines will follow the submission of any amended complaint.[1]

SO ORDERED this 15th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendants' Motion to Dismiss (Doc. 9) and Defendants' Motion to Dismiss Plaintiffs' Amended Complaint are **DISMISSED AS MOOT**. Defendants will be allowed to refile any motion to dismiss in accordance with the Federal Rules of Civil Procedure should Plaintiffs file an amended complaint.