IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDNA ARMSTRONG, as Attorney )
in Fact for Thomas Flood,    )
and THOMAS FLOOD,            )
                             )
     Plaintiffs,             )
                             )
v.                           )   CASE NO. CV413-010
                             )
OCWEN MORTGAGE COMPANY;      )
OCWEN LOAN SERVICING, LCC;   )
OCWEN FINANCIAL CORP.;       )
TAYLOR BEAN & WHITAKER       )
MORTGAGE CORP.; and THE      )
FEDERAL HOME LOAN MORTGAGE   )
CORP.;                       )
                             )
     Defendants.             )
                             )



## O R D E R

Before the Court is Plaintiffs' Consent Motion Extending Time for Plaintiffs to Deposit Money into the Registry of the Court. (Doc. 43.) However, the Court understands that the funds in question have since been deposited in the registry of the Court without objection by Defendants. (Doc. 45.) Accordingly, Plaintiffs' motion is **DISMISSED AS MOOT**. Also before the Court is Defendants' Motion to Stay (Doc. 44) pending the Court's ruling on Defendants' earlier motion to dismiss. On March 28, 2014, the Court granted in part and denied in part Defendant's

motion to dismiss. (Doc. 55.) Accordingly, Defendant's motion to stay is **DISMISSED AS MOOT**.

SO ORDERED this 15th day of August 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA