IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| Edna Armstrong | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NUMBER : CV413-10 |
| | ) | |
| Ocwen Loan Servicing, LLC et al., | ) | |
| | ) | |
| Defendant | ) | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____ Edna Armstrong _____

has deposited with the Court the sum of $ ___ 500.00 ___ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this __21st__ day of _____October_____ , ___2014___ , by Order of this Court.

SCOTT L. POFF, CLERK

By : _____

Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAVO21030
Cashier ID: lherb
Transaction Date: 10/21/2014
Payer Name: Edna Armstrong

TREASURY REGISTRY
 For: Edna Armstrong
 Case/Party: D-GAS-4-13-CV-000010-001
 Amount:        $500.00

CASH
 Amt Tendered:  $500.00

Total Due:       $500.00
Total Tendered: $500.00
Change Amt:      $0.00
```