IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDNA ARMSTRONG ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER: CV413-10 |
| ) | |
| Ocwen Loan Servicing, LLC et al., ) | |
| ) | |
| Defendant ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __EDNA ARMSTRONG__ has deposited with the Court the sum of $ __1,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __20TH__ day of __November__, __2014__, by Order of this Court.

SCOTT L. POFF, CLERK

By: __W. Shano__
Deputy Clerk

(Rev. 9/02)

DUPLICATE

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV021312
Cashier ID: wsharp
Transaction Date: 11/20/2014
Payer Name: Edna Armstrong
------------------------------------
TREASURY REGISTRY
 For: Edna Armstrong
 Case/Party: D-GAS-4-13-CV-000010-001
 Amount:        $1,000.00
------------------------------------
CASH
 Amt Tendered: $1,000.00
------------------------------------
Total Due:     $1,000.00
Total Tendered: $1,000.00
Change Amt:    $0.00