IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Edna Armstrong ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER : CV413-10 |
| ) | |
| Ocwen Mortgage Company et al., ) | |
| ) | |
| Defendant ) | |

CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that **Edna Armstrong** has deposited with the Court the sum of $ **500.00** under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this **4th** day of **February**, **2015**, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV022040
Cashier ID: lherb
Transaction Date: 02/04/2015
Payer Name: Edna Armstrong
----------------------------------------
TREASURY REGISTRY
 For: Edna Armstrong
 Case/Party: D-GAS-4-13-CV-000010-001
 Amount:         $500.00
----------------------------------------
CASH
 Amt Tendered:  $500.00
----------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```