IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Edna Armstrong ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER: CV413-10 |
| ) | |
| Ocwen Mortgage Company et al., ) | |
| ) | |
| Defendant ) | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Edna Armstrong__ has deposited with the Court the sum of $ __500.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __4th__ day of __May__, __2015__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _____
Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV022835
Cashier ID: lherb
Transaction Date: 05/04/2015
Payer Name: Edna Armstrong

TREASURY REGISTRY
 For: Edna Armstrong
 Case/Party: D-GAS-4-13-CV-000010-001
 Amount:        $500.00

CASH
 Amt Tendered: $500.00

Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```