# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

Edna Armstrong,

    Plaintiff

vs.   CASE NUMBER: CV413-10

Ocwen Mortgage Company, et al.,

    Defendant

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that **Edna Armstrong** has deposited with the Court the sum of $ **500.00** under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this **6th** day of **July**, **2015**, by Order of this Court.

SCOTT L. POFF, CLERK

By 
    Deputy Clerk

(Rev. 9/02)

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV023411
Cashier ID: wprescot
Transaction Date: 07/06/2015
Payer Name: Edna Armstrong
----------------------------------------
TREASURY REGISTRY
 For: Edna Armstrong
 Case/Party: D-GAS-4-13-CV-000010-001
 Amount:         $500.00
----------------------------------------
CASH
 Amt Tendered:   $500.00
----------------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```