# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

Edna Armstrong )
)
Plaintiff )
)
vs. )    CASE NUMBER :    CV413-10
)
Ocwen Mortgage Company et al., )
)
Defendant )

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____ Edna Armstrong _____

has deposited with the Court the sum of $ ____ 500.00 ____ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this __5th__ day of _____August_____ , ____2015____ , by Order of this Court.

SCOTT L. POFF , CLERK

By : _____
Deputy Clerk

(Rev. 9/02)

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV023668
Cashier ID: lherb
Transaction Date: 08/05/2015
Payer Name: Edna Armstrong

TREASURY REGISTRY
For: Edna Armstrong
Case/Party: D-GAS-4-13-CV-000010-001
Amount:       $500.00

CASH
Amt Tendered:  $500.00

Total Due:        $500.00
Total Tendered:   $500.00
Change Amt:       $0.00