IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDNA ARMSTRONG, as Attorney in )
Fact for Thomas Flood, and )
THOMAS FLOOD, )
 )
    Plaintiffs, )
 )
v. ) CASE NO. CV413-010
 )
OCWEN MORTGAGE COMPANY; OCWEN )
LOAN SERVICING, LLC; OCWEN )
FINANCIAL CORP.; and THE )
FEDERAL HOME LOAN MORTGAGE )
CORP.; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the parties' Motion for Extension of Time. (Doc. 75.) On September 14, 2015 this Court entered an order (Doc. 105) granting Defendant's Motion for Summary Judgment (Doc. 83). As a result, the parties' motion is **DISMISSED AS MOOT**.

SO ORDERED this 25th day of September 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA